**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 09-80803-Civ-Marra/Johnson

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>          Plaintiff,<br><br>     vs.<br><br>WILLIAM BETTA, JR., TRAVIS A. BRANCH, JAMES J. CAPRIO, TROY L. GAGLIARDI, RUSSELL M. KAUTZ, BARRY M. KORNFELD, SHANE A. MCCANN, CLIFFORD A. POPPER, ALFRED B. RUBIN, and STEVEN I. SHRAGO,<br><br>          Defendants. | |

**PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S NOTICE OF**

**DISMISSAL OF CLAIMS AGAINST CLIFFORD A. POPPER**

Plaintiff Securities and Exchange Commission ("Commission") respectfully submits this notice that the Commission is voluntarily withdrawing its claims for relief against Clifford A. Popper. The Commission has confirmed that on or about January 1, 2012, Mr. Popper passed away, so that dismissal of the Commission's claims is appropriate.

DATED: April 13, 2012
         Los Angeles, CA

*/s/ Molly M. White*
DOHOANG T. DUONG (A5501309)
*duongdo@sec.gov*
MORGAN B. WARD DORAN (A5501310)
*warddoranm@sec.gov*
MOLLY M. WHITE (A5501311)
*whitem@sec.gov*
Securities and Exchange Commission
5670 Wilshire Boulevard, 11th Floor
Los Angeles, CA  90036-3648
Phone:  323.965.3998
Fax:      323.965.3812
*Attorneys for Plaintiff*

## Certificate of Service

**I hereby certify** that a true and correct copy of the foregoing was served by email delivery on April 13, 2012 on all counsel or parties of record on the attached service list.

*/s/ Molly M. White*
Molly M. White

## SERVICE LIST

SEC v. WILLIAM BETTA, JR., ET AL
United States District Court - Southern District of Florida
Case No. No. 09-80803-Civ-Marra/Johnson

| Defendant | Party Served |
|---|---|
| William Betta, Jr. | Stephanie Reed Traband, Esq.<br>Levine, Kellogg, Lehman, Schneider and Grossman LLP<br>201 South Biscayne Boulevard<br>34th Floor, Miami Center<br>Miami, FL 33131<br>305.722.8995 (direct)<br>305.403.8788 (main)<br>305.403.8789 (fax)<br>srt@lkllaw.com |
| Travis A. Branch | Travis A. Branch<br>██████████████<br>Honolulu, HI 96813<br>██████████████ |
| James J. Caprio | Robert Keddie, III<br>Taylor, Colicchio, & Silverman, LLC<br>502 Carnegie Center, Suite 103<br>Princeton, NJ 08540<br>Phone: 609.987.0022<br>Fax: 609.987.0070<br>rkeddie@tcslawyers.com |
| Troy L. Gagliardi | Ryan P. Farley<br>LECLAIRRYAN<br>830 Third Avenue, Fifth Floor<br>New York, New York 10022<br>Phone: 212.446.5008<br>Fax: 212.446.5088<br>Ryan.Farley@leclairryan.com |
| Russell M. Kautz | Gregory Sherwin, Esq.<br>Fields Fehn & Sherwin<br>11755 Wilshire Boulevard, 15th Floor<br>Los Angeles, CA 90025-1521<br>Phone: 310.473.6338<br>Fax: 310.473.8508<br>gregsherwin@ffandslaw.com |

| **Defendant** | **Party Served** |
|---|---|
|  | James D. Sallah, Esq.<br>Joshua A. Katz, Esq.<br>Sallah & Cox LLC<br>2101 NW Corporate Boulevard, Suite 218<br>Boca Raton, FL 33431<br>Phone: 561.989.9080<br>Fax: 561.989.9020<br>jds@sallahcox.com<br>jkatz@sallahcox.com |
| Barry M. Kornfeld | Barry M. Kornfeld<br>c/o James Sallah<br>Sallah & Cox, LLC<br>2101 NW Corporate Blvd.<br>Boca Raton, FL  33431<br>Phone: 561.989.9080<br>Fax: 561.989.9020<br>jds@sallahcox.com |
| Shane A. McCann | Shane A. McCann<br>████████████<br>Florence, MT 59833<br>████████████████████ |
| Alfred B. Rubin | Alfred B. Rubin<br>c/o Howard S. Dargan, PA<br>13833 Wellington Trace, Suite E4-119<br>West Palm Beach, FL 33414<br>Phone: 561.795.5311<br>Fax: 561.792.4397<br>howarddarganlaw@aol.com |
| Steven I. Shrago | Steven I. Shrago<br>████████████<br>St Petersburg, FL 33704<br>████████████ |